ADAM L. BRAVERMAN
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18CV1119 WQHMDD |
|---|---|
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| $12,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

By way of complaint against the defendant, $12,000.00 IN U.S. CURRENCY ("defendant $12,000 in currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a) and Title 21, United States Code, Section 881(a)(6), because the defendant $12,000 in currency constitutes money furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to an exchange for a controlled substance in violation of Chapter 13 of Title 21, United States Code.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant $12,000 in currency was found in this district.

3. On November 8, 2017, in the Southern District of California, United States Postal Inspection Service ("USPIS") Inspector Flores was contacted by a United States

//

Postal Service ("USPS") employee at a USPS post office in Chula Vista, in the Southern District of California.

    A. On November 7, 2017, at a location in St. Louis, Missouri, a USPS Priority Mail 2-Day parcel with a tracking number ending in "0450 50" ("USPS Priority Mail 2-Day parcel #0450 50") was mailed to an address in Chula Vista, California, and was scheduled to be delivered on November 9, 2017.

    B. USPIS Inspector Flores made arrangements with the USPS employee at the Chula Vista post office to intercept USPS Priority Mail 2-Day parcel #0450 50 upon its arrival.

    C. On November 9, 2017, at the post office in Chula Vista, California, USPS Priority Mail 2-Day parcel #0450 50 was intercepted and held for USPIS Inspector Flores.

4. USPS Priority Mail 2-Day parcel #0450 50 was addressed to Ezzard Randle, at 664 East "J" Street, Chula Vista, California 91910.

    A. The addressee's contact telephone number was omitted from the shipping label.

5. USPS Priority Mail 2-Day parcel #0450 50 had a return or sender's address of Adrian Randle, 1121 North Florissant Road, St. Louis, Missouri 63135.

    A. The sender's contact telephone number was omitted from the shipping label.

6. Based upon Inspector Flores' training and experience, USPS Priority Mail 2-Day parcel #0450 50 was suspected of containing proceeds from the sale and distribution of controlled substances, currency to be used to purchase controlled substances, or controlled substances for the following reasons:

7. USPIS Inspectors Flores was trained and experienced and knew that persons engaged in the distribution of controlled substances will use the USPS Priority Mail 2-Day service as a means of transmitting controlled substances, controlled substance sales

//

   proceeds or currency sent for the purchase of controlled substances. Although the USPS Priority Mail 2-Day service is relatively expensive, it is reliable, secure, and discrete.

8. USPS Priority Mail 2-Day parcel #0450 50 was suspected by the USPIS inspector of containing currency involved in the interstate distribution of controlled substances for, among other things, the following reasons:

A. The size, shape and appearance of USPS Priority Mail 2-Day parcel #0450 50 was similar to other Priority Mail 2-Day parcels encountered by USPIS inspectors in previous investigations which contained large amounts of currency. In those instances, the currency was determined to constitute controlled substance sales proceeds or currency sent for the purchase of controlled substances.

B. The entries on the label of USPS Priority Mail 2-Day parcel #0450 50 were hand-written. The label did not contain a business account number. The USPIS inspectors were trained and experienced, and knew USPS Priority Mail and Express Mail Parcels are typically used by businesses or commercial postal service customers. The typical USPS Express Mail service customer generates printed labels which the customer affixes to the Express Mail parcel.

C. USPS Priority Mail 2-Day parcel #0450 50 weighed approximately nine (9) pounds, and cost the sender $30.05 in postage.

D. USPS Priority Mail 2-Day parcel #0450 50 was sent from a location in Missouri, a state known by trained and experienced USPIS inspectors to be a destination state for controlled substances.

E. USPS Priority Mail 2-Day parcel #0450 50 was addressed to an individual in the Southern District of California, a district known by trained and experienced USPIS inspectors to be a source district for controlled substances, especially marijuana.

F. The shipping label on USPS Priority Mail 2-Day parcel #0450 50 reflected a sender or return address of 1121 North Florissant Road, St. Louis, Missouri 63135.

G. Inspector Flores researched law enforcement databases and determined 1121 North Florissant Road, St. Louis, Missouri 63135 was not a valid address.

   H. Inspector Flores was trained and experienced, and knew shippers and distributors of controlled substances and proceeds from the sale and distribution of controlled substances will frequently use false names and addresses on shipping labels to avoid detection by law enforcement.

 9. On November 9, 2017, Inspector Flores observed San Diego Police Department ("SDPD") Detective Queen and his trained and certified narcotics detection dog, "King", as they conducted exterior examinations of USPS Priority Mail 2-Day parcel #0450 50.

   A. Detective Queen and King were trained and certified to work as a team.

   B. King was trained and certified as a drug detection dog, and trained to respond or "alert" when he encountered scents associated with various controlled substances.

   C. Detective Queen was trained and experienced working with King, and was skilled in recognizing King's alerts.

   D. On November 9, 2017, when King was exposed to USPS Priority Mail 2-Day parcel #0450 50, he alerted, indicating to Detective Queen that King detected the scent of controlled substances on or inside the parcel.

   E. Detective Queen told Inspector Flores King alerted to USPS Priority Mail 2-Day parcel #0450 50, and explained the meaning of the alert.

 10. On November 16, 2017, in the Southern District of California, USPIS Inspector Flores applied for and received from a U.S. Magistrate Judge a federal search warrant, authorizing the search and seizure of USPS Priority Mail 2-Day parcel #0450 50 and its contents.

 11. On November 17, 2017, in the Southern District of California, Inspector Flores, acting under the authority of the federal search warrant, opened USPS Priority Mail 2-Day parcel #0450 50.

A. Inside USPS Priority Mail 2-Day parcel #0450 50, Inspector Flores discovered a brown box with seams sealed using clear tape.

B. Inside the brown box was another brown box.

C. Inside the second brown box were a number of T-shirts and denim trousers or jeans wrapped in bubble wrap.

D. The USPIS inspector examined each pair of denim trousers or jeans, and discovered concealed within each pocket a bundle wrapped in bubble wrap and carbon paper.

E. Each bundle wrapped in bubble wrap and carbon paper contained a number of $100.00 bills.

F. The USPIS inspector harvested a total of one hundred twenty (120) $100.00 bills from places of concealment inside USPS Priority Mail 2-Day parcel #0450 50.

G. The currency discovered inside USPS Priority Mail 2-Day parcel #0450 50 was counted, and determined to be $12,000.00 in U.S. currency

H. The currency discovered inside USPS Priority Mail 2-Day parcel #0450 50 is the defendant $12,000.00 in currency.

I. USPS Priority Mail 2-Day parcel #0450 50 contained no notes or written messages.

J. Inspector Flores was trained and experienced, and knew individuals involved in the interstate shipment of controlled substances and illegal drug sales proceeds via the U.S. Mail will rarely include any written messages, notes, or instructions in their mailings. This is in stark contrast with typical personal or business mailings which contain writings or messages from the sender to the recipient.

12. The addressee and intended recipient of USPS Priority Mail 2-Day parcel #0450 50, Ezzard Randle, Payne Randle of Fort Wayne, Indiana, and others engaged in a series of exchanges of controlled substances for U.S. currency, and used the U.S. mail to facilitate those exchanges.

5

13. USPIS Inspector Flores investigated official government criminal history records for Payne Randle of Fort Wayne, Indiana, and learned in July of 2006, he was arrested for dealing in Cocaine, marijuana, and hashish, all federal controlled substances.

14. USPIS Inspector Flores investigated official government criminal history records for Payne Randle of Fort Wayne, Indiana, and learned in November of 2007, he was arrested for possession of marijuana, a Schedule I Controlled Substance.

15. On June 23, 2017, USPIS Inspector Flores was contacted by a USPS employee at a USPS post office in Grantville area of San Diego, in the Southern District of California.

   A. Earlier that day, a suspicious USPS Priority Express Mail Parcel with a tracking number ending in "63034US" ("USPS Priority Express Mail Parcel 63034US") was delivered to that post office for transmittal via the U.S. mail to Payne Randle in Fort Wayne, Indiana.

   B. USPIS Inspector Flores made arrangements with the USPS employee at the Grantville post office to hold USPS Priority Express Mail Parcel 63034US until Inspector Flores could respond to that location.

   C. On July 23, 2017, at the Grantville post office, Inspector Flores examined USPS Priority Express Mail Parcel 63034US.

16. USPS Priority Express Mail Parcel 63034US was addressed to Payne T. Randle, at 1707 East Lewis Street, Fort Wayne, Indiana 46803.

   A. The addressee's contact telephone number was omitted from the shipping label.

17. USPS Priority Express Mail Parcel 63034US had a return or sender's address of James Stevenson, 3883 Euclid Avenue, San Diego, California 92105.

   A. The sender's contact telephone number, when called by Inspector Flores, went directly into a recorded message, telling the caller the person at that number was not available, and provided no opportunity to leave a message.

//

18. Based upon Inspector Flores' training and experience, USPS Priority Express Mail Parcel 63034US was suspected of containing controlled substances for the following reasons:

 A. The size, shape and appearance of USPS Priority Express Mail Parcel 63034US was similar to other Priority Mail and Express Mail items encountered by USPIS inspectors in previous investigations which contained controlled substances.

 B. The entries on the label of USPS Priority Express Mail Parcel 63034US were hand-written. The label did not contain a business account number. USPIS Inspectors Flores was trained and experienced, and knew Express Mail Parcels are typically used by businesses or commercial postal service customers. The typical USPS Priority Express Mail service customer generates printed labels which the customer affixes to the Express Mail parcel.

 C. USPS Priority Express Mail Parcel 63034US weighed approximately two (2) pounds, eleven (11) ounces, and cost the sender $48.80 in postage.

 D. USPS Priority Express Mail Parcel 63034US was sent to a location in Indiana, a state known by trained and experienced USPIS inspectors to be a destination state for controlled substances.

 E. USPS Priority Express Mail Parcel 63034US was mailed from a location in the Southern District of California, a district known by trained and experienced USPIS inspectors to be a source district for controlled substances, especially marijuana.

 F. The shipping label on USPS Priority Express Mail Parcel 63034US reflected a sender or return address of James Stevenson, 3883 Euclid Avenue, San Diego, California 92105.

 G. Inspector Flores researched law enforcement databases and determined 3883 Euclid Avenue, San Diego, California 92105 was a valid address, but "James Stevenson" was not associated with the address, and "James Stevenson" did not receive mail there.

//

  H. Inspector Flores was trained and experienced, and knew shippers and distributors of controlled substances will frequently use false names and addresses on shipping labels to avoid detection by law enforcement.

  I. Inspector Flores noted USPS Priority Express Mail Parcel 63034US was excessively taped, with all seams sealed using shipping tape.

  J. Inspector Flores was trained and experienced, and knew shippers and distributors of controlled substances will frequently seal the seams of parcels in order to better seal the parcel and its contents, in hopes of defeating drug detection dogs used by law enforcement.

19. On July 21, 2017, in the Southern District of California, USPIS Inspector Flores applied for and received from a U.S. Magistrate Judge a federal search warrant, authorizing the search and seizure of USPS Priority Express Mail Parcel 63034US and its contents.

20. On or about July 21, 2017, in the Southern District of California, Inspector Flores, acting under the authority of the federal search warrant, opened USPS Priority Express Mail Parcel 63034US.

  A. Inside USPS Priority Express Mail Parcel 63034US, Inspector Flores encountered a host of empty plastic bags, used by the sender as padding.

  B. Upon removing the empty plastic bags, Inspector Flores encountered a T-shirt, used by the sender as padding or wrapping material around a hard square object.

  C. Inside the T-shirt was a Yamaha brand survival kit box.

  D. Inside the survival kit box was a plastic baggie containing approximately 65.8 grams (2.3 ounces) of an off-white color powder that field-tested positive for heroin, a Schedule I Controlled Substance.

21. On September 7, 2017, USPIS Inspector Flores was contacted by a USPS employee at a USPS post office in the City Heights area of San Diego, in the Southern District of California.

  A. On September 6, 2017, a suspicious USPS Priority Mail Parcel with a

8

tracking number ending in "0633 79" ("USPS Priority Express Mail Parcel 0633 79") was delivered to that post office for transmittal via the U.S. mail to Payne Randle in Fort Wayne, Indiana.

  B. USPIS Inspector Flores made arrangements with the USPS employee at the City Heights post office to hold USPS Priority Express Mail Parcel 0633 79 until Inspector Flores could respond to that location.

  C. On September 18, 2017, at the City Heights post office, Inspector Flores examined USPS Priority Express Mail Parcel 0633 79.

22. USPS Priority Express Mail Parcel 0633 79 was addressed to Payne T. Randle, at 1707 East Lewis Street, Fort Wayne, Indiana 46803.

23. USPS Priority Express Mail Parcel 0633 79 had a return or sender's address of Jimmie Lee, 5064 Auburn Drive, San Diego, California 92105.

24. Based upon Inspector Flores' training and experience, USPS Priority Express Mail Parcel 0633 79 was suspected of containing controlled substances for the following reasons:

  A. The size, shape and appearance of USPS Priority Express Mail Parcel 0633 79 was similar to other Priority Mail and Express Mail items encountered by USPIS inspectors in previous investigations which contained controlled substances.

  B. The entries on the label of USPS Priority Express Mail Parcel 0633 79 were hand-written. The label did not contain a business account number.

  C. USPS Priority Express Mail Parcel 0633 79 weighed approximately three (3) pounds, six (6) ounces.

  D. USPS Priority Express Mail Parcel 0633 79 was sent to a location in Indiana, a state known by trained and experienced USPIS inspectors to be a destination state for controlled substances.

  E. USPS Priority Express Mail Parcel 0633 79 was mailed from a location in the Southern District of California, a district known by trained and experienced USPIS inspectors to be a source district for controlled substances, especially marijuana.

      F.    The shipping label on USPS Priority Express Mail Parcel 0633 79 reflected a sender or return address of Jimmie Lee, 5064 Auburn Drive, San Diego, California 92105.

      G.    Inspector Flores researched law enforcement databases and determined 5064 Auburn Drive, San Diego, California 92105 was not a valid address, and "Jimmie Lee" was not associated with nor did he receive mail at the address.

      H.    Inspector Flores was trained and experienced, and knew shippers and distributors of controlled substances will frequently use false names and addresses on shipping labels to avoid detection by law enforcement.

25. On September 20, 2017, in the Southern District of California, USPIS Inspector Flores applied for and received from a U.S. Magistrate Judge a federal search warrant, authorizing the search and seizure of USPS Priority Express Mail Parcel 0633 79 and its contents.

26. On or about September 20, 2017, in the Southern District of California, Inspector Flores, acting under the authority of the federal search warrant, opened USPS Priority Express Mail Parcel 0633 79.

      A.    Inside USPS Priority Express Mail Parcel 0633 79, Inspector Flores encountered one (1) T-shirt, a pair of used children's "flip-flop" type sandals, one (1) pair of socks, one (1) pair of men's underwear, some crumpled paper towels, and a pack of back support belts.

      B.    Inside the pair of men's underwear was a plastic baggie containing chunks of a white powder.

      C.    The chunks of white power had a net weight of approximately 51.1 grams (1.8 ounces), and field-tested positive for cocaine, a Schedule II Controlled Substance.

      D.    Inside the pack of back support belts was a bundle wrapped in plastic and a vacuum-sealed bag containing chunks of an off-white powder.

//

E.     The chunks of off-white power had a net weight of approximately 203.6 grams (7.1 ounces), and field-tested positive for heroin, a Schedule I Controlled Substance.

27.    Based upon the facts and evidence gathered by USPIS Inspector Flores during the investigation of USPS Priority Mail 2-Day parcel #0450 50 and other related mail items, the defendant $12,000.00 in currency, discovered in USPS Priority Mail 2-Day parcel #0450 50, was seized for forfeiture.

28.    The defendant $12,000 in currency constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

29.    Alternatively, the defendant $12,000 in currency constitutes proceeds of or proceeds traceable to an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

30.    Alternatively, the defendant $12,000 in currency was used or intended to be used to facilitate an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

31.    As a result of the foregoing, the defendant $12,000.00 IN U.S. CURRENCY is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(6).

32.    The defendant $12,000.00 IN U.S. CURRENCY is presently deposited within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $12,000.00 IN U.S. CURRENCY, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: June 1, 2018

ADAM L. BRAVERMAN  
United States Attorney

s/Bruce C. Smith  
BRUCE C. SMITH  
Assistant U.S. Attorney

11

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$12,000.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Phone: (619) 546-8266
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

**'18CV1119 WQHMDD**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| | ☐ 550 Civil Rights / ☐ 462 Naturalization Application | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. Section 881
Brief description of cause:
Narcotics trafficking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 06/01/2018

SIGNATURE OF ATTORNEY OF RECORD: s/ Bruce C. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## VERIFICATION

I, Ana Flores, state and declare as follows:

1. I am an inspector with the United States Postal Inspection Service, and am one of the federal law enforcement officers involved in this investigation.

2. I have read the foregoing Complaint For Forfeiture and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by official Government sources.

Based on this information, I believe the allegations in the Complaint For Forfeiture to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on June 1, 2018.

_____
ANA FLORES, INSPECTOR
U.S. POSTAL INSPECTION SERVICE